Dwayne HILL, Appellant

v.

Raymond LAWLER, Appellee.

Supreme Court of Pennsylvania.

April 29, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the Order of the Commonwealth Court is **AFFIRMED.**